# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. J. GUTIERREZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>A. GUTIERREZ,<br><br>             Defendant. | 1:13-cv-00421-GSA-PC<br><br>ORDER STRIKING APPLICATION FOR LACK OF SIGNATURE<br>(Doc. 12.) |

G. J. Gutierrez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  On April 17, 2014, Plaintiff filed an application for declaratory relief or a preliminary injunction hearing.  (Doc. 12.)  The document is unsigned.  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Accordingly, IT IS HEREBY ORDERED that Plaintiff's application, filed on April 17, 2014, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

    Dated:   **April 21, 2014**                **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE