UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. J. GUTIERREZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>A. GUTIERREZ,<br><br>         Defendant. | 1:13-cv-00421-GSA-PC<br><br>ORDER DENYING MOTION TO CORRECT DUE DATE<br>(Doc. 15.) |

   On June 30, 2014, Plaintiff filed a motion for the court to make a correction to its order issued on June 19, 2014 which granted Plaintiff a fifteen-day extension of time to file an opposition. (Doc. 23.) Plaintiff argues that the court erroneously computed the fifteen days from the date of service of the order, whereas the fifteen days should have been computed from the date of the existing deadline.

   No correction to the court's order is needed.  In granting a motion for extension of time, the court is not required to grant the specific extension requested in the motion.  Therefore, Plaintiff's motion filed on June 30, 2014 is DENIED.

IT IS SO ORDERED.

   Dated:   **July 3, 2014**            **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE