UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. J. GUTIERREZ,<br><br>       Plaintiff,<br><br>  vs.<br><br>A. GUTIERREZ,<br><br>       Defendant. | 1:13-cv-00421-LJO-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY SCHEDULING ORDER AS MOOT<br>(Doc. 42.) |

      G. J. Gutierrez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's original Complaint, filed on March 22, 2013, against defendant A. Gutierrez, for use of excessive force in violation of the Eighth Amendment. (Doc. 1.)

      On December 1, 2014, Plaintiff filed a motion seeking a discovery scheduling order commencing discovery in this action. (Doc. 42.) Plaintiff asserts that on September 17, 2014, the court denied Defendant's motion to dismiss, and since then no other orders have been issued.

      Plaintiff's motion is moot because on November 21, 2014, the court issued a Discovery and Scheduling Order commencing discovery in this action.[1] (Doc. 41.) Therefore, Plaintiff's motion shall be denied.

---

[1] Ordinarily, the court issues a Discovery and Scheduling Order in cases such as Plaintiff's after one of the defendants files an Answer. In this case, Defendant filed an Answer on November 19, 2014, and the court issued the Discovery and Scheduling Order on November 21, 2014. (Docs. 40, 41.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a Discovery Scheduling Order, filed on December 1, 2014, is DENIED as moot.

IT IS SO ORDERED.

Dated:  **December 3, 2014**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE