UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. J. GUTIERREZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>A. GUTIERREZ,<br><br>            Defendant. | 1:13-cv-00421-LJO-GSA-PC<br><br>ORDER DENYING MOTION TO POSTPONE DEPOSITION AS MOOT<br>(Doc. 55.) |

  G. J. Gutierrez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on Plaintiff's original Complaint, filed on March 22, 2013, against defendant A. Gutierrez ("Defendant"), for use of excessive force in violation of the Eighth Amendment.  (Doc. 1.)  This case is presently in the discovery phase, pursuant to the court's scheduling order issued on November 21, 2014.  (Doc. 41.)

  On July 10, 2015, Plaintiff filed a motion to postpone his deposition scheduled for July 14, 2015, until after the court has ruled on his motion for appointment of counsel.  (Doc. 55.) Plaintiff's motion to postpone his deposition is now moot, given that Plaintiff's motion for appointment of counsel was denied on July 14, 2015, and the date of the deposition has passed.

  Therefore, for the reasons set forth above, IT IS HEREBY ORDERED that Plaintiff's motion to postpone his deposition, filed on July 10, 2015, is DENIED as moot.

IT IS SO ORDERED.

 Dated:  **July 19, 2015**          **/s/ Gary S. Austin**
               UNITED STATES MAGISTRATE JUDGE