# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. J. GUTIERREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>A. GUTIERREZ,<br><br>        Defendant. | Case No.  1:13-cv-00421-DAD-SAB-PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS<br><br>(ECF NO. 83)<br><br>DISPOSITIVE MOTIONS DUE<br>May 16, 2016 |

Plaintiff G. J. Gutierrez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 15, 2016, Defendant filed a motion to extend the dispositive motion filing deadline from March 16, 2016, to May 16, 2016.  The Court has granted Plaintiff three extensions of time to respond to Defendant's discovery requests based upon lockdowns.  Defendant's request is supported by the declaration of counsel.

Good cause having been presented to the Court, Defendant's motion is granted.  The dispositive motion filing deadline is extended to May 16, 2016.

IT IS SO ORDERED.

Dated:   **March 16, 2016**

                                                   UNITED STATES MAGISTRATE JUDGE