# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. J. GUTIERREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>A. GUTIERREZ,<br><br>        Defendant. | Case No.  1:13-cv-00421-DAD-SAB-PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS<br><br>(ECF NO. 88)<br><br>DISPOSITIVE MOTION DEADLINE: July 14, 2016 |

Plaintiff G. J. Gutierrez is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 12, 2016, Defendant filed a request to extend time to file a dispositive motion. (ECF No. 88.)  The motion is supported by the declaration of counsel.  Defendant's counsel declares that Plaintiff has submitted incomplete discovery responses to Defendant in response to an earlier order granting Defendant's motion to compel (ECF Nos. 63, 71.)  Concurrent with this request, Defendant has filed a motion to compel responses to Defendant's discovery requests. (ECF No. 87.)  Defendant seeks a sixty-day extension of time.

Good cause appearing, Defendant's motion is GRANTED.  The dispositive motion deadline is extended to July 14, 2016.

IT IS SO ORDERED.

Dated:   **May 13, 2016**  

UNITED STATES MAGISTRATE JUDGE