# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. J. GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. GUTIERREZ,<br><br>　　　　　Defendant. | Case No.  1:13-cv-00421-DAD-SAB-PC<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE DISCOVERY RESPONSES WITHIN THIRTY (30) DAYS<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND DISPOSITIVE MOTION DEADLINE<br>(ECF No. 98)<br><br>**Dispositive Motion Deadline:**<br>February 24, 2017 |

Plaintiff G. J. Gutierrez is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

This action proceeds on Plaintiff's claims against Defendant of excessive force and failure to protect in violation of the Eighth Amendment. The allegations stem from a prison disturbance that occurred at Pleasant Valley State Prison. Plaintiff is currently housed at California Health Care Facility.

1

On July 20, 2016, the Court ordered Plaintiff to provide supplemental responses to Defendant's interrogatories and a request for production of documents, without objection, within thirty (30) days of service of that order. (ECF No. 96.) Following Plaintiff's failure to comply, Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 98.)

Concurrently with this order, the Court is recommending denial of Defendant's motion to dismiss, based on Plaintiff's good cause for not complying with the Court's July 20, 2016 order; namely, due to his hospitalization. As both parties have now informed the Court that Plaintiff has been released from his hospitalization and is prepared to proceed, the Court will require Plaintiff to provide the overdue discovery responses, and shall grant Defendant's request to extend the dispositive motion deadline accordingly.

For these reasons, it is HEREBY ORDERED that:

1. Plaintiff shall serve his supplemental responses to Defendant's interrogatories and request for production of documents, without objection, on counsel for Defendant within thirty (30) days from the date of service of this order;

2. Defendant's request to modify the scheduling order, (ECF No. 98), is GRANTED. The dispositive motion filing deadline is continued to February 24, 2017; and

3. **Plaintiff is warned that his failure to timely comply with this order may result in sanctions, up to and including dismissal of this action.**

IT IS SO ORDERED.

Dated:   **December 1, 2016**

UNITED STATES MAGISTRATE JUDGE