# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. J. GUTIERREZ, | Case No.: 1:13-cv-00421-SAB (PC) |
| Plaintiff, | ORDER SETTING TELEPHONIC TRIAL CONFERENCE HEARING ON **JUNE 22, 2017, AT 2:30 P.M.** |
| v. | |
| A. GUTIERREZ, | |
| Defendant. | |

Plaintiff G. J. Gutierrez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 5, 117); Local Rule 302.

This action proceeds on Plaintiff's claim against Defendant A. Gutierrez for excessive force and failure to protect in violation of the Eighth Amendment, arising out of events on January 14, 2012 at Pleasant Valley State Prison. On June 15, 2017, the Court issued an order denying Defendant's motion for summary judgment, in its entirety. (ECF No. 121). Therefore, this case is ready to be scheduled for jury trial before the undersigned.

In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

///

Accordingly, it is HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **Thursday, June 22, 2017 at 2:30 p.m.**, in Courtroom 9 before the undersigned; and

2. Defense Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **June 15, 2017**

UNITED STATES MAGISTRATE JUDGE