# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. J. GUTIERREZ,<br><br>    Plaintiff,<br><br>v.<br><br>A. GUTIERREZ,<br><br>    Defendant. | Case No.: 1:13-cv-00421-SAB (PC)<br><br>ORDER REGARDING DEFENDANT'S OBJECTION TO PRETRIAL ORDER |

Plaintiff G. J. Gutierrez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's objection to the pretrial order. (ECF No. 137.) Defendant is correct that the parties are to file their final exhibit lists and submit, but not file, the exhibit binders to the Courtroom Deputy, Mamie Hernandez. Defendant is also correct that the deadline for doing so is December 5, 2017.

Accordingly, the objection is SUSTAINED and the pretrial order is amended as described above.

IT IS SO ORDERED.

Dated: **September 15, 2017**

UNITED STATES MAGISTRATE JUDGE