# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. J. GUTIERRHEZ, | Case No.: 1:13-cv-00421-SAB (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S OBJECTION TO PRETRIAL ORDER |
| v. | |
| A. GUTIERREZ, | |
| Defendant. | |

Plaintiff G. J. Gutierrez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's objection to the pretrial order, seeking up to one hour per side to voir dire the jury venire, instead of the fifteen minute-limit provided in the pretrial order. (ECF No. 139.)

The Court conducts a probing inquiry of the jury venire that is carefully designed to select a fair and impartial jury. As noted in the pretrial order, if the Court determines that more than fifteen minutes for counsel to voir dire the jury venire is warranted under the circumstances, the Court may permit additional time. However, cumulative questioning and other wastes of time will not be allowed.

Accordingly, the objection is OVERRULED, without prejudice.

IT IS SO ORDERED.

Dated: **September 19, 2017**

UNITED STATES MAGISTRATE JUDGE